UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| Mark J. Yozamp, Plaintiff, | ) | Court File No. 02-255 (ADM/RLE) |
| vs. | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| Mechanical Energy Systems, Inc., and U.S. Bank National Association, Defendants. | ) | |

IT IS HEREBY STIPULATED and agreed by the parties that this action may be, and hereby is, dismissed with prejudice and on the merits, without costs or attorneys' fees to either party, and that a judgment of dismissal with prejudice and on the merits may be entered pursuant hereto without further notice.

Date: March 27, 2002

HUMMEL LAW FIRM, P.A.

By ______________________
Lynn J. Hummel (48082)

P.O. Box 1409
Detroit Lakes, MN 56502
(218) 847-4858

ATTORNEY FOR PLAINTIFF MARK J. YOZAMP

FILED APR 16 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 4-16-02
DEPUTY CLERK

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: ~~March~~ April 8, 2002

FAEGRE & BENSON, LLP

By ______________________
Paul W. Heiring (175808)

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 336-3000

ATTORNEYS FOR DEFENDANT U.S. BANK NATIONAL ASSOCIATION

Date: ~~March~~ April 4, 2002

RINKE NOONAN

By ______________________
Roger C. Justin (197270)

Suite 700, Wells Fargo Center
400 First Street South, ~~P.O.~~ Box 1497
St. Cloud, MN 56302-1497
(320) 251-6700

ATTORNEYS FOR DEFENDANT MECHANICAL ENERGY SYSTEMS, INC.

**ORDER**

UPON THIS FOREGOING STIPULATION,

IT IS HEREBY ORDERED that judgment of dismissal with prejudice and on the merits, without costs or attorneys' fees to either party, be entered in the above-entitled action forthwith.

LET JUDGMENT BE ENTERED ACCORDINGLY FORTHWITH.

Dated: ~~March~~ April 16, 2002

______________________
Ann D. Montgomery
United States District Court Judge

M1:846837.01